Ryan E. Simpson (11300)
Attorney for Debtors
8839 South Redwood Road, Suite C2
West Jordan, Utah 84088
Telephone: (801) 432-8682
Fax: (888) 247-2541

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| IN RE:<br><br>Joseph E Gubler<br>Sherrie Gubler<br><br>Debtor. | Chapter 13<br>Case No.: 15T-21889<br>Judge: William T. Thurman<br>Trustee: Kevin R. Anderson |
|---|---|

**MOTION FOR COURT APPROVAL TO SELL PROPERTY OF THE ESTATE**

The Debtor, by and through attorney Ryan E. Simpson, moves the Court for an Order allowing the sale of certain real property of the estate. In support of their position, debtor offers the following:

1. On March 6, 2015, debtor filed a Chapter 13 petition in bankruptcy. The plan has not been confirmed.
2. The property located at 146 N. 300 W., La Verkin, Utah 84745, is proposed to be sold Tom Tueller for the purchase price of $122,000.00
3. Relief from stay has not been filed on the property and Debtor is selling the home to avoid foreclosure.
4. The sale commonly referred to as a "Short Sale" because the purchase price is less than that of the amount owed. The proceeds will be paid as follows:
    a. To pay off the first mortgage in the approximate amount of $107,736.15.
    b. To pay off the second mortgage in the approximate amount of $4,408.00.
    c. To pay settlement charges in the approximate amount of $8,803.00.
    d. To pay the title insurance in the approximate amount of $983.00.

    e. To pay for a home warranty in the approximate amount of $0.00.

    f. To pay estimated County Taxes in the approximate amount of $552.85.

    g. To pay estimated sewer/water in the approximate amount of $0.00.

    h. To pay estimated realtor fees in the approximate amount of $7,320.00.

5. If this Motion is granted no creditor will be adversely effected. Debtor shall continue to make her plan payment until the completion of her bankruptcy.

WHEREFORE, debtor prays for an Order from the Court allowing the sale of the property of the estate.

Dated this 30th day of March, 2015.

/s/ Ryan E. Simpson
Ryan E. Simpson
Attorney for the Debtor

## **CERTIFICATE OF SERVICE**

### **By Notice of Electronic Filing (CM/ECF)**

I hereby certify that on the 30th day of March, 2015, I electronically filed the foregoing MOTION FOR COURT APPROVAL TO SELL PROPERTY OF THE ESTATE with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

| | |
|---|---|
| United State Trustee | USTPRegion19.SK.ECF@usdoj.gov |
| Kevin R. Anderson | kanderson@ch13kra.com |
| Ryan E. Simpson | ryan@bnkut.com |

### **By U.S. Mail** – Regular first class United States mail, postage full prepaid

I hereby certify that on the 30th day of March, 2015, caused to be served a truce and correct copy of the foregoing MOTION FOR COURT APPROVAL TO SELL PROPERTY OF THE ESTATE as follows:

Joseph & Sherrie Gubler
86 S. 400 W.
La Verkin, Utah 84745

### **Mail Service to Entire Matrix** – By regular first class United States mail, postage fully pre-paid, addressed to all parties who did not receive electronic service as set forth herein listed on the Official Court Mailing Matrix dated the 30th day of March, 2015, attached hereto.

/s/ Ryan E. Simpson

Label Matrix for local noticing
1088-2
Case 15-21889
District of Utah
Salt Lake City
Mon Mar 30 10:47:55 MDT 2015

Alan Olsen and Stella Olsen
205 S 100 E
La Verkin, UT 84745-5715

Alan and Stella Olsen
205 S. 100 E.
La Verkin, UT 84745-5715

America First Credit U
Po Box 9199
Ogden, UT 84409-0199

American Express
PO Box 3001
Malvern, PA 19355-0701

American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355-1245

Kevin R. Anderson tr
405 South Main Street
Suite 600
Salt Lake City, UT 84111-3408

Bank of America
Po Box 15168
Wilmington, DE 19850

Beaconfunding
28 Lord Rd
Suite 230
Marlborough, MA 01752-4576

Chartway Fcu
Attn: Collections
160 Newtown Rd
Virginia Beach, VA 23462-2415

Chartway Federal Cu
Attn:Collections
160 Newtown Rd
Virginia Beach, VA 23462-2415

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Cre8tive Stiches LLC
146 N 300 W
La Verkin, UT 84745-5413

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Ditech.com/GMAC Mortgage
Attn: Bankruptcy
1100 Virginia Dr
Fort Washington, PA 19034-3204

GECRB/Chevron
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

GECRB/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

GM Financial
PO Box 78143
Phoenix, AZ 85062-8143

Great Lakes
2401 International Lane
Madison, WI 53704-3192

Great Lakes Higher Education
2401 International Lane
Madison, WI 53704-3192

Green Tree Servicing L
Po Box 6172
Rapid City, SD 57709-6172

Joseph E Gubler
86 S. 400 W.
La Verkin, UT 84745-5424

Sherrie Gubler
86 S. 400 W.
La Verkin, UT 84745-5424

Hollyann Gubler
86 N 400 W
La Verkin, UT 84745

Hollyann Gubler
86 S 400 N
La Verkin, UT 84745

Hollyann Gubler
86 S 400 W
La Verkin, UT 84745-5424

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

Lane Bryant Retail/soa
450 Winks Ln
Bensalem, PA 19020-5932

| | | |
|---|---|---|
| (p)MOUNTAIN AMERICA CREDIT UNION<br>735 S STATE ST #300<br>SALT LAKE CITY UT 84111-3821 | Ryan E. Simpson<br>8839 South Redwood Road<br>Suite C2<br>West Jordan, UT 84088-9288 | South West Community Credit Union<br>162 North 400 East<br>A101<br>Saint George, UT 84770-7192 |
| Southwest Community Credit Union<br>85 N 200 W<br>Hurricane, UT 84737-2076 | Southwest Community Cu<br>85 N 200 W<br>Hurricane, UT 84737-2076 | Troy Jolley<br>170 N 300 W<br>La Verkin, UT 84745-5413 |
| United States Trustee<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 | Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT 84134-9000 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citibank Usa<br>Citicorp Credit Services/Attn:Centralize<br>Po Box 20507<br>Kansas City, MO 64195 | Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201 | Mountain America Cu<br>Po Box 9001<br>West Jordan, UT 84084 |

End of Label Matrix
Mailable recipients   37
Bypassed recipients    0
Total                 37