Ryan E. Simpson (11300)
Attorney for Debtors
8839 South Redwood Road, Suite C2
West Jordan, Utah 84088
Telephone: (801) 432-8682
Fax: (888) 247-2541

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| IN RE:<br><br>Joseph E Gubler<br>Sherrie Gubler<br><br>Debtor. | Chapter 13<br>Case No.: 15T-21889<br>Judge: William T. Thurman<br>Trustee: Kevin R. Anderson |
|---|---|

**MOTION TO APPOINT AGENT FOR SALE OF PROPERTY OF THE ESTATE**

Debtors', Joseph & Sherrie Gubler, by and through attorney Ryan E. Simpson, move the Court for an Order allowing Darcy Thompson to be appointed the real estate agent for the proposed sale of property of the estate. Darcy Thompson is a duly licensed real estate agent in the State of Utah, and is employed by Keller Williams St. George, 1624 S. Convention Center Drive, St. George, Utah 84790. Darcy Thompson is a disinterested party with no adverse interest to the bankruptcy estate. Attached is an Affidavit from Linda Lund Pearson.

Dated this 30th day of March, 2015.

/s/ Ryan E. Simpson
Ryan E. Simpson
Attorney for Debtor

Ryan E. Simpson (11300)
Attorney for Debtors
8839 South Redwood Road, Suite C2
West Jordan, Utah 84088
Telephone: (801) 432-8682
Fax: (888) 247-2541

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| IN RE: | |
|---|---|
| Joseph E Gubler<br>Sherrie Gubler<br><br>Debtor. | Chapter 13<br>Case No.: 15T-21889<br>Judge: William T. Thurman<br>Trustee: Kevin R. Anderson |

AFFIDAVIT

Darcy Thompson, being duly sworn, depose and state the following:

1. I am seeking to be appointed the Listing Agent for the sale of the real estate of the debtor in the above entitled case.

2. I am duly licensed as a Real Estate Agent under the laws of the State of Utah.

3. I am the selling agent employed with Keller Williams St. George, 1624 S. Convention Center Drive, St. George, Utah 84790. The telephone number is 435-632-1667.

4. Joe Eves is the Buyers Agent, who is employed with Red Rock Real Estate, 90 East 100 South, St. George, Utah 84770. The telephone number is 435-817-1265.

5. Commission in the amount of $7,320.00 will be 3.5 percent to the seller agent and 2.5 to the buyers agent

Dated: MAR 27/15

_____
Darcy Thompson

County Washington
                  :ss
State of Utah    )

Subscribed and sworn before me this 30 day of March, 2015.

My Commission Expires: 11/21/17
Residing at: 1624 S Convention Ctr

_____
Notary Public

MARCI CRUZ THEODORE
Notary Public, State of Utah
Commission # 672401
My Commission Expires
November 21, 2017