**The below described is SIGNED.**

**Dated: April 15, 2015**

*William T. Thurman*

**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**



tks

Ryan E. Simpson (11300)
Attorney for Debtors
8839 South Redwood Road, Suite C2
West Jordan, Utah 84088
Telephone: (801) 432-8682
Fax: (888) 247-2541

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| IN RE:<br><br>Joseph E Gubler<br>Sherrie Gubler<br><br>Debtor. | Chapter 13<br>Case No.: 15T-21889<br>Judge: William T. Thurman |
|---|---|

**ORDER APPOINTING AGENT FOR SALE**
**OF REAL PROPERTY OF THE ESTATE**

BASED UPON Debtor's Motion and good cause appearing it is hereby ORDERED, that Darcy Thompson is hereby appointed the agent for the sale of the residential real property located at 146 North 300 West, La Verkin, Utah 84745, which is property of the estate.

000000 END OF DOCUMENT 000000