**This order is SIGNED.**




**Dated: April 27, 2015**

**WILLIAM T. THURMAN
U.S. Bankruptcy Judge**

tks

Ryan E. Simpson (11300)
Attorney for Debtors
8839 South Redwood Road, Suite C2
West Jordan, Utah 84088
Telephone: (801) 432-8682
Fax: (888) 247-2541

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| | |
|---|---|
| IN RE:<br><br>Joseph E Gubler<br>Sherrie Gubler<br><br>Debtor. | Chapter 13<br>Case No.: 15T-21889<br>Judge: William T. Thurman<br>Trustee: Kevin R. Anderson |

**ORDER FOR COURT APPROVAL TO SELL PROPRETY OF THE ESTATE
AND REQUEST FOR ATTORNEY FEES**

This Court, having considered the Debtors Motion, and having no Objection hereby

**ORDERS:**

1. Debtors may sell the property of the estate located at 146 North 300 West, La Verkin, Utah 84745.
2. The sale is subject to the approval of any lien holder on the property
3. The Trustee shall be allowed a fee on any prepetition mortgage arrearages, taxes or other encumbrances that are paid directly by the closing agent that otherwise would have been paid by the Trustee through the plan. The Trustee shall be entitled to immediate payment of such fee based on the distribution to these creditors.
4. Debtors shall provide the Trustee with a final settlement statement within three (3) days of closing.

000000 END OF DOCUMENT 000000

## **CERTIFICATE OF SERVICE**

### **By Notice of Electronic Filing (CM/ECF)**

I hereby certify that on the 24th day of April, 2014, I electronically filed the foregoing ORDER FOR COURT APPROVAL TO SELL PROPERTY OF THE ESTATE AND REQUEST FOR ATTORNEY FEES with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

United State Trustee     USTPRegion19.SK.ECF@usdoj.gov

Kevin R. Anderson     kanderson@ch13kra.com

Ryan E. Simpson     ryan@bnkut.com

### **By U.S. Mail** – Regular first class United States mail, postage full prepaid

I hereby certify that on the 24th day of April, 2014, caused to be served a true and correct copy of the foregoing ORDER FOR COURT APPROVAL TO SELL PROPERTY OF THE ESTATE AND REQUEST FOR ATTORNEY FEES as follows:

Joseph & Sherrie Gubler
86 S. 400 W.
La Verkin, Utah 84745